IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JABIR SINGH, et al.,

        Plaintiffs,

v.

ROADRUNNER INTERMODAL SERVICES, LLC, et al.,

        Defendants.

                                               /

No. C 15-01701 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE TO FILE MOTION TO TRANSFER**

      The Court has received and considered the parties' joint case management statement, and it HEREBY CONTINUES the case management conference set for July 24, 2015 at 11:00 a.m. to September 25, 2015 at 11:00 a.m.  The parties shall submit an updated joint case management statement by September 18, 2015.

      Defendants state that they intend to file a motion to transfer.  Defendants shall do so by no later than August 21, 2015, which shall be noticed for hearing in accordance with the Northern District Civil Local Rules, or show good cause for an extension of that deadline.

      **IT IS SO ORDERED.**

Dated: July 20, 2015

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE