UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JABIR SINGH, et al.,

       Plaintiffs,

   v.

ROADRUNNER INTERMODAL
SERVICES, LLC, et al.,

       Defendants.

Case No.  15-cv-01701-JSW

**ORDER VACATING CASE
MANAGEMENT CONFERENCE**

    The parties are scheduled to appear on September 25, 2015, for the initial case management conference in this case.  Defendants have filed a motion to transfer, which is now scheduled to be heard on October 9, 2015.  Accordingly, the Court VACATES the case management conference, which will be rescheduled if necessary, when the Court resolves the motion to transfer.

    **IT IS SO ORDERED.**

Dated: September 3, 2015

JEFFREY S. WHITE
United States District Judge