UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JABIR SINGH et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ROADRUNNER INTERMODAL SERVICES, LLC; CENTRAL CAL TRANSPORTATION, LLC; and MORGAN SOUTHERN, INC.,<br><br>　　　　　Defendants. | No. 1:15-cv-01497-DAD-BAM<br><br><u>ORDER CONSOLIDATING SINGH AND RICH CASES</u> |
| NICHOLAS E. RICH, an individual, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROADRUNNER INTERMODAL SERVICES, LLC; CENTRAL CAL TRANSPORTATION, LLC; and MORGAN SOUTHERN, INC.,<br><br>　　　　　Defendants. | No. 1:16-cv-01900-DAD-BAM |

1

| | |
|---|---|
| LATRINA PHILLIPS, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROADRUNNER INTERMODAL SERVICES, LLC; MORGAN SOUTHERN, INC.,<br><br>　　　　　　Defendants. | No. 1:17-cv-00164-DAD-BAM |

On March 24, 2017, counsel in the above-captioned cases (1) *Jabir Singh et al. v. Roadrunner Intermodal Services, LLC et al.*, Case No. 1:15-cv-01497-DAD-BAM ("*Singh* case"); and (2) *Nicholas E. Rich v. Roadrunner Intermodal Services, LLC et al.*, Case No. 1:16-cv-01900-DAD-BAM ("*Rich* case") filed a stipulation seeking to consolidate the two related cases. (Doc. No. 77 at 3–4.) Therein, the parties also represent that plaintiffs' counsel in *Latrina Phillips v. Roadrunner Intermodal Services, LLC et al.*, Case No. 1:17-cv-00164-DAD-BAM ("*Phillips* case") have not yet decided whether the *Phillips* case should be consolidated with the *Singh* and *Rich* cases. (*Id.* at 3.)

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." In exercising the court's discretion, the court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984). Here, the court finds that the *Singh* and *Rich* actions involve the same or similar parties, claims and questions of fact or law, and that consolidation will avoid unnecessary costs and duplication of proceedings. Good cause appearing and pursuant to the parties' stipulation, Case No. 1:15-cv-01497-DAD-BAM and Case No. 1:16-cv-01900-DAD-BAM will be consolidated.

/////

1   Accordingly,

2   1) The above-referenced related cases *Singh* and *Rich* are consolidated for all purposes, including trial, pursuant to Rule 42(a);

3   2) The Clerk of the Court is directed to file this order in both the *Singh* and *Rich* cases;

4   3) Going forward, the parties and the Clerk of the Court are directed to file documents under only the lead case number. Future captions should indicate the lead case number followed by the member case number as follows:

**Lead Case:** 1:15-cv-01497-DAD-BAM

**Member Case:** 1:16-cv-01900-DAD-BAM

IT IS SO ORDERED.

Dated:   **March 28, 2017**

UNITED STATES DISTRICT JUDGE

3