UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JABIR SINGH et al., | No. 1:15-cv-01497-DAD-BAM |
| Plaintiffs, | ORDER CONSOLIDATING CASES |
| v. | |
| ROADRUNNER INTERMODAL SERVICES, LLC; CENTRAL CAL TRANSPORTATION, LLC; and MORGAN SOUTHERN, INC., | |
| Defendants. | |
| NICHOLAS E. RICH, an individual, on behalf of himself and all others similarly situated, | No. 1:16-cv-01900-DAD-BAM |
| Plaintiff, | |
| v. | |
| ROADRUNNER INTERMODAL SERVICES, LLC; CENTRAL CAL TRANSPORTATION, LLC; and MORGAN SOUTHERN, INC., | |
| Defendants. | |

| | |
|---|---|
| LATRINA PHILLIPS, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROADRUNNER INTERMODAL SERVICES, LLC; MORGAN SOUTHERN, INC.,<br><br>Defendants. | No. 1:17-cv-00164-DAD-BAM |

On June 12, 2017, counsel in the above-captioned cases (1) *Jabir Singh et al. v. Roadrunner Intermodal Services, LLC et al.*, Case No. 1:15-cv-01497-DAD-BAM ("*Singh* case"); (2) *Nicholas E. Rich v. Roadrunner Intermodal Services, LLC et al.*, Case No. 1:16-cv-01900-DAD-BAM ("*Rich* case"); (3) *Latrina Phillips; et al. v. Roadrunner Intermodal Services, LLC; et al.*, Case No. 1:17-cv-00164-DAD-BAM ("*Phillips* case") filed a stipulation seeking to consolidate the third related case, the *Phillips* case, with the two previously related and consolidated cases. (Doc. No. 88 at 3–4.)

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." In exercising the court's discretion, the court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984). Here, the court finds that the *Singh*, *Rich*, and *Phillips* actions involve the same or similar parties, claims and questions of fact or law, and that consolidation will avoid unnecessary costs and duplication of proceedings. Good cause appearing and pursuant to the parties' stipulation, Case No. 1:17-cv-00164-DAD-BAM will be consolidated with the previously consolidated cases: Case No. 1:15-cv-01497-DAD-BAM and Case No. 1:16-cv-01900-DAD-BAM.

/////

Accordingly,

1) The above-referenced related cases *Singh, Rich*, and *Phillips* are consolidated for all purposes, including trial, pursuant to Rule 42(a);

2) The Clerk of the Court is directed to file this order in the *Singh, Rich*, and *Phillips* cases;

3) Going forward, the parties and the Clerk of the Court are directed to file documents under only the lead case number. Future captions should indicate the lead case number followed by the member case number as follows:

   **Lead Case:**  **1:15-cv-01497-DAD-BAM**
   **Member Case:** **1:16-cv-01900-DAD-BAM**
   **Member Case:** **1:17-cv-00164-DAD-BAM**

IT IS SO ORDERED.

Dated: **June 13, 2017**      /s/ Dale A. Drozd
               UNITED STATES DISTRICT JUDGE