Brian S. Kabateck, SBN 152054
bsk@kbklawyers.com
Shant A. Karnikian, SBN 285048
sk@kbklawyers.com
Cheryl A. Kenner, SBN 305758
ck@kbklawyers.com
**KABATECK BROWN KELLNER LLP**
644 S. Figueroa Street
Los Angeles, CA 90017
Tel.: (213) 217-5000
Fax: (213) 217-5010

Nicholas J.P. Wagner, SBN 109455
Andrew B. Jones, SBN 076915
Daniel M. Kopfman, SBN 192191
Lawrence M. Artenian, SBN 103367
Angela E. Martinez, SBN 297169
**WAGNER, JONES, KOPFMAN,
& ARTENIAN LLP**
1111 E. Herndon, Ste. 317
Fresno, CA 93720
Tel.: (559) 449-1800
Fax: (559) 449-0749

Attorneys for Plaintiffs, JASBIR SINGH, BANY LOPEZ, JULIO VIDRIO, JAMES SLIGER, DERRICK LEWIS, JERRY LEININGER, KRISTOPHER SPRING, JERRY WOOD, CAPELLI BURLESS, ROBERT HASKINS, DOUGLAS LUIS, NICHOLAS RICH, and LATRINA PHILLIPS

[Additional Counsel listed on next pages]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JABIR SINGH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROADRUNNER INTERMODAL SERVICES, LLC; CENTRAL CAL TRANSPORTATION, LLC; and MORGAN SOUTHERN, INC.,<br><br>    Defendants. | Lead Case No.: 1:15-cv-01497-DAD-BAM<br><br>**STIPULATION AND ORDER MODIFYING THE MOTION FOR PRELIMINARY APPROVAL FILING DEADLINE AND ASSOCIATED DATES** |
| NICHOLAS E. RICH, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v. | Case No. 1:16-cv-01900-DAD-BAM |

| | |
|---|---|
| ROADRUNNER INTERMODAL SERVICES, LLC; CENTRAL CAL TRANSPORTATION, LLC; MORGAN SOUTHERN, INC.; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | |
| LATRINA PHILLIPS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROADRUNNER INTERMODAL SERVICES, LLC; and MORGAN SOUTHERN, INC.,<br><br>　　　　　　Defendants. | Case No. 1:17-cv-00164-DAD-BAM |

Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
Megan E. Ross (SBN 227776)
mross@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, California 91101
Tel: (626) 795-4700; Fax: (626) 795-4790

Adam C. Smedstad (SBN 303591)
asmedstad@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 West Monroe Street, Suite 600
Chicago, Illinois 60603
Tel: (312) 255-7200; Fax: (312) 422-1224

James H. Hanson (*Pro Hac Vice*)
jhanson@scopelitis.com
A. Jack Finklea (*Pro Hac Vice*)
jfinklea@scopelitis.com
Alaina C. Hawley (SBN 309191)
ahawley@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, Indiana 46204
Tel: (317) 687-1777; Fax: (317) 687-2414

Attorneys for Defendants, ROADRUNNER INTERMODAL SERVICES, LLC, CENTRAL CAL TRANSPORTATION, LLC. and MORGAN SOUTHERN, INC.

WHEREAS, on March 1, 2018 the Parties attended a Case Management Conference during which the Court set a scheduling order setting a deadline to file the Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and associated dates. Dkt. No. 108.

WHEREAS, the Parties continue to meet and confer over the final terms of the formal settlement agreement.

WHEREAS, the formal settlement agreement contemplated by the Parties is not finalized. Accordingly, Plaintiffs are not in a position to file a Motion for Preliminary Approval of Class Action Settlement by the current March 30, 2018 filing deadline, as the Parties are still exchanging drafts of the Settlement Agreement.

WHEREAS, the Parties jointly request to move the Motion for Preliminary Approval of Class Action Settlement and associated deadline two weeks.

NOW, THEREFORE, THE PARTIES JOINTLY STIPULATE that the Court modify the dates set forth in Dkt. No. 108 as follows:

1. Motion for Preliminary Approval shall be filed on or before April 13, 2018;
2. Opposition or Statement of Non-Opposition to Motion for Preliminary Approval shall be filed on or before April 20, 2018;
3. Motion for Preliminary Approval of Class Action Settlement Hearing shall be held on May 1, 2018 at 9:30 A.M. in Court room 5 (DAD before District Judge Dale A. Drozd.

Dated: March 29, 2018

Respectfully submitted,
Wagner Jones Kopfman & Artenian, LLP

_____/s/ Daniel Kopfman_____
Daniel Kopfman
Attorney for the Plaintiffs and Plaintiff Class

Dated: March 29, 2018

Kabateck Brown Kellner LLP

___/s/ Cheryl Kenner_____
Cheryl Kenner
Attorney for the Plaintiffs and Plaintiff Class

Dated: March 29, 2018

Scopelitis, Garvin Light, Hanson & Feary, PC

_____/s/ Adam C. Smedstad_____
Adam C. Smedstad
Attorney for the Defendants.

## **ATTORNEY ATTESTATION**

In accordance with Rule 131 (Fed. R. Civ. P. 7), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

Dated: March 29, 2018                           Wagner Jones Kopfman & Artenian, LLP

                                                                                     _____*/s/ Daniel Kopfman*_____
                                                                                      Daniel Kopfman
                                                                                     Attorney for the Plaintiffs and Class

<u>ORDER</u>

PURSUANT TO THE PARTIES' STIPULATION, and good cause appearing, the deadline to file Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and associated dates are HEREBY MODIFIED as follows:

1. Motion for Preliminary Approval shall be filed on or before April 13, 2018;
2. Opposition or Statement of Non-Opposition to Motion for Preliminary Approval shall be filed on or before April 20, 2018;
3. Motion for Preliminary Approval of Class Action Settlement Hearing shall be held on May 1, 2018, at 9:30 A.M. in Courtroom 5 (DAD) before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **March 30, 2018**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE