# Exhibit 1

## Cheryl Kenner

| | |
|---|---|
| **From:** | FormAssembly <no-reply@formassembly.com> on behalf of DIR PAGA Unit <lwdadonotreply@dir.ca.gov> |
| **Sent:** | Friday, April 13, 2018 11:11 AM |
| **To:** | Cheryl Kenner |
| **Subject:** | Thank you for your Proposed Settlement Submission |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

04/13/2018 11:11:21 AM

Thank you for your submission to the Labor and Workforce Development Agency.

Item submitted: Proposed Settlement
If you have questions or concerns regarding this submission or your case, please send an email to pagainfo@dir.ca.gov.

DIR PAGA Unit on behalf of
Labor and Workforce Development Agency

Website: http://labor.ca.gov/Private_Attorneys_General_Act.htm