Brian S. Kabateck, SBN 152054
bsk@kbklawyers.com
Shant A. Karnikian, SBN 285048
sk@kbklawyers.com
**KABATECK BROWN KELLNER LLP**
644 S. Figueroa Street
Los Angeles, CA 90017
Tel.: (213) 217-5000
Fax: (213) 217-5010

Nicholas J.P. Wagner, SBN 109455
Andrew B. Jones, SBN 076915
Daniel M. Kopfman, SBN 192191
Lawrence M. Artenian, SBN 103367
Angela E. Martinez, SBN 297169
**WAGNER, JONES, KOPFMAN,
& ARTENIAN LLP**
1111 E. Herndon, Ste. 317
Fresno, CA 93720
Tel.: (559) 449-1800
Fax: (559) 449-0749

*Attorneys for Plaintiffs*, JASBIR SINGH, BANY LOPEZ, JULIO VIDRIO, JAMES SLIGER, DERRICK LEWIS, JERRY LEININGER, KRISTOPHER SPRING, JERRY WOOD, CAPPELLI BURLESS, ROBERT HASKINS, DOUGLAS LUIS, PAUL BONNER, CHRISTOPHER CROSS, LEO LEWIS, RICHARD LOVE, WILFRED MCGIRT, NICHOLAS RICH, and LATRINA PHILLIPS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASBIR SINGH, et al.,<br><br>           Plaintiffs,<br>     vs.<br><br>ROADRUNNER INTERMODAL SERVICES, LLC; CENTRAL CAL TRANSPORTATION, LLC; and MORGAN SOUTHERN, INC.,<br><br>           Defendants. | Lead Case No.: 1:15-cv-01497-DAD-BAM<br><br>Assigned to the Hon. Dale A Drozd<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION REQUESTING MODIFICATION OF ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Filed concurrently with the Declaration of Brian S. Kabateck; [Proposed] Order] |
| NICHOLAS E. RICH, an individual, on behalf of himself and all others similarly situated,<br><br>           Plaintiff(s),<br>     vs.<br><br>ROADRUNNER INTERMODAL SERVICES, LLC; CENTRAL CAL TRANSPORTATION, LLC; and MORGAN SOUTHERN, INC.; and DOES 1 through 50, inclusive, | Judge:         Hon. Dale A. Drozd<br>Courtroom:   5, 7th Floor<br>Hearing:       September 4, 2018<br>Time:          9:30 a.m. |

|   |   |
|---|---|
| Defendants. | Member Case No. 1:16-cv-01800-DAD-BAM |
| LATRINA PHILLIPS, an individual; on behalf of himself and all others similarly situated,<br>Plaintiff,<br>vs.<br>ROADRUNNER INTERMODAL SERVICES, LLC; and MORGAN SOUTHERN, INC.,<br>Defendants. | Lead Case No. 1:17 -cv-00164-DAD-BAM |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on September 4, 2018, or as soon thereafter as the matter may be heard, in the United States District Court, Eastern District of California, 2500 Tulare Street, Fresno, California 93721, before the Honorable Dale A. Drozd, Plaintiffs, on behalf of themselves and as class representatives ("Plaintiffs") will move this Court for an order modifying its previous May 29, 2018 Order granting preliminary approval of the stipulated settlement of this class action ("Motion"). Plaintiffs' motion will propose that the Court modify the May 29, 2018 Order to incorporate changed information concerning the number of class members and the total number of weeks worked by class members during the class period. Plaintiffs' motion will seek to leave the May 29, 2018 Order unchanged in all other respects, including its designation of dates for filing and hearing of the Motion for Final Approval of the Class Action Settlement.

This Motion is based upon this Notice, the following Memorandum of Points and Authorities, the Declaration of Brian S. Kabateck with attached exhibit, Plaintiffs' originally granted Motion for Preliminary Approval of Class Action Settlement and Supplemental Brief In Support of Preliminary Approval, the May 29, 2018 Order. (ECF Nos. 116 through 119), any further briefing, evidence, and arguments of counsel presented to the Court.

Dated: August 6, 2018                    **KABATECK BROWN KELLNER LLP**

By:    /s/ *Shant A. Karnikian*
      Shant A. Karnikian
      Attorneys for Plaintiffs/Plaintiff Class

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

On April 13, 2018, Plaintiffs filed an Unopposed Motion for Preliminary Approval of Class Action Settlement. (Unopposed Motion for Preliminary Approval of Class Action Settlement, ECF No. 111.)  The Stipulation of Class Action Settlement and Release of Claims provides: "Pursuant to the informal exchange of information for the January 31, 2018 mediation and upon which this decision to enter into this settlement, the Class List shall not include more than 796 Class Members and no more than 41, 846 Qualifying Work Weeks." (Declaration of Cheryl A. Kenner in support of Unopposed Motion for Preliminary Approval of Class Action Settlement ("Kenner Decl."), Exhibit 1 at 11:24-26, ECF No. 112-3.) On May 29, 2018, the Court granted Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. (Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement, ECF. No. 119.)  The Court noted that "[t]he total settlement amount is based on the assumption that the class comprises 796 drivers with 41,846 qualifying work weeks." (*Id.* at 7:9-11.)

On June 13, 2018, the settlement administrator, CPT Group, Inc., advised Plaintiffs' Counsel that the Defendants produced a class list that included 897 class members and 49,376.02 work weeks. (Declaration of Brian S. Kabateck in support of Plaintiff's Unopposed Motion Requesting Modification of Order Granting Preliminary Approval of Class Action Settlement ("Kabateck Decl.") ¶ 3.)  The increase in the number of class members and work week identified in the Stipulation for Settlement is approximately 12.7% and 18% respectively. (*Id.*)

On June 27, 2018, an informal conference was held with Magistrate Judge Barbara A. McAuliffe to bring to the Court's attention the change in class size.  (June 27, 2018 Minute Order, ECF No. 122.)

Thereafter, in view of these changes, Plaintiffs' counsel tried to negotiate an increase in the consideration to be paid by Defendants in support of the existing settlement. Plaintiffs enlisted the assistance of the mediator who had facilitated the original settlement, Mark Rudy, for this purpose. (Kabateck Decl. ¶ 4.)  After extensive unsuccessful negotiations, Plaintiffs have

determined that it is in the best interest of the class to go forward with the settlement based on the originally agreed settlement amount. (*Id*.) This decision was influenced by two factors: (1) a portion of the increased workweeks is attributable to the continued employment of individuals that were already members of the class; and (2) Plaintiffs continue to be concerned about the financial condition of the Defendants. (*Id*.)

With due consideration in the change of the class size as well as the Defendants' financial condition as set forth in the Motion for Preliminary Approval, the parties have agreed upon an "Addendum to Stipulation of Class Action Settlement and Release of Claims," modifying the original settlement agreement to incorporate the changed data, attached to the Declaration of Brian S. Kabateck as **Exhibit A**.[1] (Kabateck Decl. ¶ 5, Exhibit A.)

By this unopposed Motion, the parties now seek an order modifying the Court's May 29, 2018 Order, and allowing the matter to proceed toward final approval.

## II.   RELEVANT FACTS

On April 13, 2018, Plaintiffs filed an Unopposed Motion for Preliminary Approval of Class Action Settlement. (Unopposed Motion for Preliminary Approval of Class Action Settlement, ECF No. 111.) The Stipulation of Class Action Settlement and Release of Claims provides: "Pursuant to the informal exchange of information for the January 31, 2018 mediation and upon which this decision to enter into this settlement, the Class List shall not include more than 796 Class Members and no more than 41, 846 Qualifying Work Weeks." (ECF No. 112-3: Kenner Decl., Exhibit 1 at 11:24-26.) This Court granted preliminary approval of the settlement on May 29, 2018. (Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement, ECF. No. 119.)

The Court noted that "[t]he total settlement amount is based on the assumption that the class comprises 796 drivers with 41,846 qualifying work weeks." (*Id.* at 7:9-11.) The Order refers to 796 class members in several other places (*see, e.g., id.* at 14:4) and contains a chart showing estimated maximum damages (*id.* at 11). The Order also states that "the proposed

---

[1] A fully-executed version of the Addendum is currently pending execution by Defendants and their counsel but is expected to be received shortly. A fully-executed version will be submitted to the Court as soon as it is obtained. (Kabateck Decl., ¶ 5.)

settlement is for approximately twelve percent of the estimated maximum damages, without including the estimated value of the PAGA claims." (*Id.* at 11:24-25.)

On June 13, 2018, the settlement administrator advised Plaintiffs' Counsel that the Defendants had produced a class list that included 897 class members and 49,376.02 work weeks. (Kabateck Decl. ¶ 2.) These figures represent an increase of approximately 12.7% and 18% in the number of class members and work weeks respectively as stated in the May 29, 2018 Order. (*Id.*)

On June 27, 2018, an informal conference was held with Magistrate Judge Barbara A. McAuliffe to bring to the Court's attention the change in class size. (June 27, 2018 Minute Order, ECF No. 122.) Thereafter, Plaintiff's counsel unsuccessfully sought an agreement from Defendants to increase the amount of their settlement payment to account for the additional class members and qualifying work weeks. (Kabateck Decl. ¶ 4.) The mediator who had facilitated the original settlement, Mark Rudy, assisted the parties in these discussions. (*Id.*)

### III. PLAINTIFFS REQUEST AN ORDER MODIFYING THE COURT'S MAY 29, 2018 ORDER TO ACCOUNT FOR THE CHANGES IN CLASS SIZE AND WORK WEEKS AND A REVISED SCHEDULE FOR NOTICE AND FNIAL APPROVAL

Despite Defendants' refusal to increase the consideration they are to pay under the original settlement agreement, Plaintiffs are willing to go forward with the settlement based on the originally agreed settlement amount. (Kabateck Decl. ¶ 4.) This decision was influenced by two factors: (1) a portion of the increased workweeks are attributed to the continued employment of individuals who were already members of the class; and (2) Plaintiffs continue to be concerned about the financial condition of Defendants. (*Id.*)

The existing settlement agreement allows defendants to pay the $9.25 million settlement amount in three installments. The total market value of all of Roadrunner's publicly traded stock hovers at around $80 million, thus, at least in its current financial circumstances, a payment of $9.25 million would appear to be a significant outlay for Defendant. Generally, Roadrunner's attempts to reorganize and resurrect its business are frequent current topics in financial media. Accordingly, Plaintiffs' attorneys and the class representatives have concluded that it is in the

best interests of the class to continue to endorse the proposed settlement.  Plaintiffs have included an addendum to the Settlement Agreement in support of this Motion. (Kabateck Decl. ¶ 5, **Exhibit A**.)  All other material terms of the Settlement Agreement remain unchanged.

Given the present circumstances, the Parties asked the claims administrator to refrain from giving notice to the class until after the Court issues an order amending the May 29, 2018 Order.

Accordingly, in order to allow for time to notify the class members and to provide them the opportunity to submit requests for exclusion, objections, and disputes of qualifying work weeks, the date for hearing on Plaintiffs' Motion for Final Approval, currently set for October 16, 2018, must be rescheduled to a future date convenient to the Court's calendar at least 115 days from the Court's issuance of an order amending its May 29, 2018 Order.

## IV. CONCLUSION

For these reasons, Plaintiffs respectfully request that this Court sign the concurrently submitted Proposed Order amending the May 29, 2018 Order Granting Preliminary Approval to state that the settlement now includes 897 class members and approximately 49,376 Qualifying Work Weeks.  Further, Plaintiffs respectfully request that the Court schedule the Final Approval Hearing at least 115 days from the Court's issuance of the order requested herein.

Dated: August 6, 2018                     **KABATECK BROWN KELLNER LLP**

By:   /s/ *Shant A. Karnikian*
       Shant A. Karnikian
       Attorneys for Plaintiffs/Plaintiff Class